IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:16 MJ 313 |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (980) 318-7977 | : | <u>Filed Under Seal</u> |

### ORDER FOR DELAYED NOTIFICATION

The United States has submitted an application requesting an additional 90 days of delay in serving the warrant and return executed in this case upon the user of a cell phone assigned call number (980) 318-7977 ("Subject Telephone"), pursuant to 18 U.S.C. § 2705(a)(2), 18 U.S. C. § 3103a(b), and Rule 41 of the Federal Rules of Criminal Procedure.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or notify confederates. 18 U.S.C. § 2705(a)(2).

IT IS THEREFORE ORDERED, for good cause shown, that the United States is authorized to delay service of the warrant and return for an additional period of 90 days, up to and including September 11, 2017, unless further extended by this Court. At that time, the warrant and return must be served upon the user of the Subject Telephone absent another extension of the period of delay by the Court.

Upon motion of the United States, and for good cause shown, it is further ORDERED that the United States' motion for delayed notification and this order, shall be SEALED, and the Clerk is instructed not to unseal these items unless otherwise ordered by the Court.

Date: 6-13-17

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE